1
2
3
4
5
6
7
8
9
10
11

```
┌─────────────────────────────────┐
│            FILED                │
│  CLERK, U.S. DISTRICT COURT     │
│  ┌───────────────────────┐      │
│  │     Aug 17, 2015      │      │
│  └───────────────────────┘      │
│  CENTRAL DISTRICT OF CALIFORNIA │
│  BY: _____PMC_____ DEPUTY       │
└─────────────────────────────────┘
```

12 **UNITED STATES DISTRICT COURT**

13 **CENTRAL DISTRICT OF CALIFORNIA**

14 **WESTERN DIVISION**

15
16 GABRIEL PEREZ, a minor by and
through his Guardian ad Litem,
ANTONIA VENEGAS,

17           Plaintiff,

18      v.

19 SEARS, ROEBUCK & CO., a business
form unknown; HUSQVARNA
20 PROFESSIONAL PRODUCTS, INC. a
business form unknown; and DOES 1
21 through 50, inclusive,

22           Defendants.

| | |
|---|---|
| Case No. 5:14-cv-01256-SVW-JC | |

**ORDER GRANTING JOINT
STIPULATION TO DISMISS
ENTIRE ACTION**

Complaint Filed:  May 6, 2014

Judge: Stephen V. Wilson
Magistrate: Jacqueline Chooljian

23
24                          JS-6
25
26
27
28

Case No. 5:14-cv-01256-SVW-JC
ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION

1        Pending before the Court is a joint motion between Plaintiffs and Defendants to

2   dismiss the entire action, with prejudice.  Having read and considered the moving

3   papers, and good cause appearing, the Court GRANTS the motion.

4        IT IS SO ORDERED.

5

6   Dated:    August 17, 2015

                                           Stephen V. Wilson

7                                  United States District Judge

ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION